EVA LOFARO, Appellant, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.

(Argued October 20, 1934; decided November 24, 1934.)

*Charles W. Strong* and *Matthew S. Ogonowski* for appellant.

*Earle C. Bastow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.